# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **JESSIE LEPPKE,** | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) Case No. CIV-22-80-G |
| | ) |
| **ABOUTANAA EL HABTI, Warden,** | ) |
| | ) |
| Respondent. | ) |

## **ORDER**

This matter is before the Court for review of the Report and Recommendation issued by United States Magistrate Judge Gary M. Purcell on January 27, 2021 (Doc. No. 6). Judge Purcell recommended that Petitioner Jessie Leppke's Application for Leave to Proceed *In Forma Pauperis* (Doc. No. 2) be denied based upon Petitioner's ability to pay the required filing fee.

Within the time allowed for objection, Petitioner submitted the requisite $5.00 filing fee to the Court Clerk. *See* Doc. No. 7.

In light of Petitioner's submission of the required fee, the Court DENIES Petitioner's Application for Leave to Proceed *In Forma Pauperis* (Doc. No. 2). The Court ADOPTS the Report and Recommendation (Doc. No. 6) in its entirety.

IT IS FURTHER ORDERED that this matter is re-referred to Judge Purcell for further proceedings consistent with the initial case referral.

IT IS SO ORDERED this 2nd day of March, 2022.

*[signature]*
CHARLES B. GOODWIN
United States District Judge